A. E. Sundstrom, Appellee, v. Flora M. Weinrich, Appellant.

Gen. No. 23,299. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. MARTIN M. GRIDLEY, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed October 2, 1917. Rehearing denied October 15, 1917. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Bill by A. E. Sundstrom, complainant, a building contractor, against Flora M. Weinrich, defendant, for the enforcement of a mechanic's lien on defendant's building. From a decree for complainant for $1,180 and interest from the date of the master's report, defendant appeals.

FRANK N. REED, for appellant.

J. S. DUDLEY, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 866*—*when abstract insufficient.* An abstract containing captions of documents filed, jurats and other unserviceable matter, setting forth the decree and master's report *in hæc verba,* and omitting important documents introduced in evidence, *held* insufficient.

2. APPEAL AND ERROR, § 1272*—*when presumed that evidence sufficient to sustain findings of master and decree.* It will be presumed that the evidence is sufficient to support the findings of the master and the decree where important documents are not preserved in the record.

3. APPEAL AND ERROR, § 864*—*who has duty to make complete*

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

*record.* Matters pertaining to the completeness of the abstract of the record are the concern of the appellant.

4. BUILDING AND CONSTRUCTION CONTRACTS, § 25*—*when only substantial performance of contract necessary.* The owner of property is not entitled to damages for delays in the performance of a building contract caused by her own acts, and substantial performance is all that is required of the contractor.

5. APPEAL AND ERROR, § 1399*—*when findings of fact by master approved by chancellor not disturbed.* Where the evidence is conflicting the findings of fact by the master approved by the chancellor will not be disturbed on review where the evidence of the successful party found in the record is, if uncontradicted, sufficient to support the decree.

6. APPEAL AND ERROR, § 1399*—*what weight given findings of master.* In case of conflicting evidence, the findings of a master are to be given the same weight as the verdict of a jury.

7. INTEREST, § 1*—*when allowance in equity proper.* The allowance of interest in a suit for a mechanic's lien from the date of the master's report is not error, since interest, in equity, is allowed because of equitable considerations, and equity gives or withholds interest, as under all the circumstances, it deems equitable and just.